Clerk, U.S. District Court
Southern District of Texas
FILED

A091 (Rev. 8/01) Criminal Complaint

AUG 21 2013

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
Elizabeth MONZON

**CRIMINAL COMPLAINT**

Case Number: C-13-1024M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **8/19/2013** in **Brooks** County, in the
(Date)

Southern District of Texas, the defendant(s) **Elizabeth MONZON**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Special Agent** and that this complaint is based on the
following facts: Official Title

See Attached Affidavit of HSI Special Agent **Victor W Rowley**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Victor W Rowley
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 21, 2013**           at           **Corpus Christi, Texas**
Date                                         City and State

**Jason B. Libby    U.S. Magistrate Judge**
Name and Title of Judicial Officer         Signature of Judicial Officer

## AFFIDAVIT

On August 19, 2013, at approximately 11:30 PM Falfurrias Police Officer Garza pulled over a 2004 GMC Envoy for driving with its lights off. Officer Garza witnessed the vehicle pull out of the "Snappy's" convenience store without it's lights on, so he initiated a vehicle stop. The vehicle pulled into the "Holiday Inn" parking lot and stopped. Officer Garza walked up to the driver's side of the vehicle and saw several people in the back seat and rear of the vehicle sweating profusely as if they had walked in the brush for some distance. Officer Garza suspected at this time that this vehicle was full of illegal aliens. Officer Garza made contact with the driver, later identified as Elizabeth MONZON, and detained her until the arrival of Border Patrol Agents.

Border Patrol Agents arrived and determined that the vehicle was contained four illegal aliens from Colombia, one from El Salvador, and one from Honduras. Border Patrol Agents took custody of the six illegal aliens, the driver Elizabeth MONZON, and her front seat passenger Julio Cesar CEPEDA.

STATEMENT OF Elizabeth MONZON:

MONZON was Mirandized in the English language by Border Patrol Agents I. Martinez and G. Quezada. MONZON indicated that she understood her rights and was willing to answer questions without the presence of an attorney.

MONZON stated that she knew that she was transporting six illegal aliens, and did so to pay off a $1,000.00 U.S Dollar debt she had incurred with an individual she declined to identify. MONZON stated that her debtor gave her a blue cell phone and told her to use this phone to communicate with him regarding the pick up of the illegal aliens. MONZON stated that her debtor called her as she was en route to drop off her boyfriend Julio Cesar CEPEDA in Houston, Texas. Her debtor told her that the illegal aliens were ready to be picked up at the "Wal-Mart" parking lot in Falfurrias, Texas. MONZON stated that CEPEDA did not know that she planned to pick up illegal aliens so she drove past the "Wal-Mart" and dropped him off at the "Snappy's" convenience store on U.S HWY 281 in Falfurrias, TX. MONZON then circled back to the "Wal-Mart" and picked up the six illegal aliens. MONZON then drove back to the "Snappy's" convenience store and picked up CEPEDA. MONZAN stated that as she pulled out of the store her head lights failed, and was pulled over by the Falfurrias Police Department.

STATEMENT OF Julio Cesar CEPEDA:

CEPEDA was Mirandized in the English language by Border Patrol Agents I. Martinez and G. Quezada. CEPEDA indicated that he understood his rights and was willing to answer questions without the presence of an attorney.

CEPEDA stated that his girlfriend MONZON was driving him to Houston, TX, where he had a construction job waiting for him. CEPEDA stated that when they pulled into Falfurrias, TX, MONZON dropped him off to use the bathroom at the "Snappy's" convenience store, which he used. CEPDEDA stated that he had no knowledge that MONZON was going to pick up any illegal aliens during the trip.

CEPEDA stated that when MONZON returned to the store he saw the extra people in the car, and MONZON told him to get in, which he did. CEPEDA stated that he did not question why there were six extra people in the vehicle with them. CEPEDA stated that they were pulled over by the police a short time later.

1. STATEMENT OF MATERIAL WITNESSES Gerardo HURTADO-Urrutia:

Gerardo HURTADO-Urrutia stated to Border Patrol Agents that he was an illegal alien from Colombia, illegally present in the United States. Gerardo HURTADO-Urrutia stated that the driver, MONZON, had picked him and the other illegal aliens up from a house near the Rio Grande River, and dropped them off in the brush. Gerardo HURTADO-Urrutia stated that with the help of a brush guide they walked in the brush lands for many hours until they arrived at a "Wal-Mart". Gerardo HURTADO-Urrutia stated that MONZON was the driver that picked him and the rest of the illegal aliens up from the "Wal-Mart" parking lot. Gerardo HURTADO-Urrutia stated that they were stopped by police a short time after they picked up another person at a convenience store.

2. STATEMENT OF MATERIAL WITNESS Viena Maritza MATAMOROS-Rosales:

Viena Maritza MATAMOROS-Rosales stated to Border Patrol Agents that she was an illegal alien from Honduras, illegally present in the United States. Viena Maritza MATAMOROS-Rosales stated that she was picked up from a house in Mission, Texas, by the driver, MONZON, who then picked up the rest of the illegal aliens. Viena Maritza MATAMOROS-Rosales stated that MONZON dropped her and the rest of the illegal aliens off on the side of the road and were assisted by a brush guide to make their way North. Viena Maritza

MATAMOROS-Rosales stated that MONZON told her that she would be the person picking them up from the brush. Viena Maritza MATAMOROS-Rosales stated that they walked for approximately 18 hours, until they were picked up again by MONZON.

Viena Maritza MATAMOROS-Rosales stated that shortly after they were picked up MONZON sped off with her headlights off, and was stopped by police.

AUSA Patti Booth accepted prosecution of Elizabeth MONZON for violation of Title 8 USC, Section 1324, Alien Smuggling, CEPEDA was released.

_____
Victor W Rowley, Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED before me, this 21th day of August, 2013.

_____
Honorable Jason B. Libby
United States Magistrate Judge